1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   JOHN E. LEE (CBN 128696)
4  Assistant United States Attorney
        Room 7516 Federal Building
5       300 North Los Angeles Street
        Los Angeles, California 90012
6       Telephone: (213) 894-3995
        Facsimile: (213) 894-5139
7       Email:  john.lee2@usdoj.gov

8  Attorneys for Defendants
   JANE ARELLANO, EDUARDO AGUIRRE,
9  and MICHAEL MUKASEY

**FILED**

FEB 0 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I hereby attest and certify on _____
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
By _____ Deputy

0136

10

11            UNITED STATES DISTRICT COURT

12        FOR THE CENTRAL DISTRICT OF CALIFORNIA

13                  WESTERN DIVISION      '08 CV 0222 IEG AJB

14  ARASH BEHZAD,                ) CV 07-6834 AHM (JCx)
                                 )
15            Plaintiff,         ) ORDER TRANSFERRING ACTION TO
                                 ) THE UNITED STATES DISTRICT
16       v.                      ) COURT FOR THE SOUTHERN
                                 ) DISTRICT OF CALIFORNIA
17  JANE ARELLANO, District      )
    Director, USCIS, Los Angeles )
18  District; EDUARDO AGUIRRE,   )
    Director USCIS; MICHAEL      )
19  MUKASEY, U.S. Attorney       )
    General,                     )
20                               )
             Defendants.         )
21                               )
                                 )
22  _____ )

23

24      Upon stipulation of the parties, and good cause appearing,

25  IT IS HEREBY ORDERED as follows:

26      1.    This action is transferred to the United State District

27            Court for the Southern District of California for

28            further proceedings as directed by that court.

1       2.    Dates applicable under Rule 12 of the Federal Rules of

2             Civil Procedure in this case are hereby vacated and,

3             unless otherwise ordered by the United States District

4             Court for the Southern District of California,

5             defendants shall have to and including 45 days from the

6             entry of this order to answer, move against, or

7             otherwise respond to the complaint.  Make JS-6.

8  DATED:   January 25, 2008

9

10                    HON.  A\ HOWARD MATZ
                United States District Judge



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535



RECEIVED
SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
FEB 0 4 2008   (714) 338-4750
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
3470 Twelfth Street, Room 138
BY ___   Riverside, CA 92501   DEPUTY
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

January 25, 2008

Clerk, United District Court
Southern District of California
United States Courthouse, 1st Floor
2003 West Adams Avenue
El Centro, CA 92243

Re:   Transfer of our Civil Case No. _2:07-cv-06834-AHM (JCx)_____

   Case Title: _Arash Behzad v. Jane Arellano et al_____

Dear Sir/Madam:

   An order having been made transferring the above-numbered case to your district, we are
transmitting herewith our entire original file in the action, together with certified copies of the order and
the docket.  Please acknowledge receipt of same and indicate below the case number you have assigned
to this matter on the enclosed copy of this letter and return it to our office.  Thank you for your
cooperation.

                              Very truly yours,
                              SHERRI R. CARTER
                              Clerk, U.S. District Court

                              [signature]
                              J. Lara (213) 894-7982
                          By _____
                              Deputy Clerk

cc:   All counsel of record

==========================================================================================

**TO BE COMPLETED BY RECEIVING DISTRICT**

Receipt is acknowledged of the documents described herein and we have assigned this matter case
number CV: _____.

                              Clerk, U.S. District Court

                              [signature]
                          By _____
                              Deputy Clerk

(JCx), CLOSED, DISCOVERY, TRANSFERRED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:07-cv-06834-AHM-JC

Arash Behzad v. Jane Arellano et al
Assigned to: Judge A. Howard Matz
Referred to: Magistrate Judge Jacqueline Chooljian
Cause: 08:1447 Denial of Application for Naturalization Hearing

Date Filed: 10/22/2007
Date Terminated: 01/25/2008
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Arash Behzad**

I hereby attest and certify on 1/25/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

V.    By _____ Deputy

0136

represented by **Theresia C Sandhu**
Theresia C Sandhu Law Offices
145 George Street
San Jose, CA 95110
408-280-7890
Email: myattorney2003@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jane Arellano**
*District Director, USCIS, Los Angeles District*

represented by **John E Lee**
AUSA - Office of US Attorney
300 North Los Angeles, Room 7516
Los Angeles, CA 90012
213-894-3995
Email: USACAC.criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Eduardo Aguirre**
*Director USCIS*

represented by **John E Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alberto Gonzales**
*US Attorney General*

represented by **John E Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/22/2007 | 1 | COMPLAINT against Defendants Jane Arellano, Eduardo Aguirre, Alberto Gonzales. (Filing fee $ 350 PAID.), filed by Plaintiff Arash Behzad. (et) (Entered: 10/30/2007) |
| 10/22/2007 | | 60 DAY Summons Issued re Complaint - (Discovery) [1] as to Jane Arellano, Eduardo Aguirre, Alberto Gonzales. (et) (Entered: 10/30/2007) |
| | | |

| | | |
|---|---|---|
| 10/22/2007 | 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiff Arash Behzad. (et) (Entered: 10/30/2007) |
| 10/22/2007 | | FAX number for Attorney Theresia C Sandhu is 408-280-7887. (et) (Entered: 10/30/2007) |
| 10/26/2007 | 3 | INITIAL ORDER FOLLOWING FILING OF COMPLAINT ASSIGNED TO JUDGE MATZ: Counsel for plaintiff shall serve this Order on all defendant and/or their counsel along with the summons and complaint, or if that is not practicable as soon as possible thereafter. If this case was assigned to this Court after being removed from State Court, the defendant who removed the case shall serve this Order on all other parties. This case have been assigned to the calendar of Judge A. Howard Matz. (jp) (Entered: 10/30/2007) |
| 12/06/2007 | 4 | CERTIFICATE OF SERVICE BY CERTIFIED MAIL (FRCP 4(i)(A)) Executed filed by Plaintiff Arash Behzad, upon Defendants Civil Process Clerk, Jane Arellano, District Director USCIS served on 12/4/2007, answer due 2/2/2008; Michael B. Mukasey, Attorney General served on 12/4/2007, answer due 2/2/2008. The Summons and Complaint were served by Certified Mail, by Federal statute. (Name of Person accepted service NOT SPECIFIED on behalf of Defendants). Original Summons NOT returned. (NO ORIGINAL AND/OR COPIES OF DOMESTIC RETURN RECEIPT ATTACHED). (jp) (Entered: 12/12/2007) |
| 01/23/2008 | 5 | STIPULATION to Transfer Case to United States District Court for the Southern District of California filed by Defendants Arash Behzad, Jane Arellano, Eduardo Aguirre, Alberto Gonzales. (Attachments: # 1 Proposed Order)(Lee, John) (Entered: 01/23/2008) |
| 01/25/2008 | 6 | ORDER by Judge A. Howard Matz transferring action to USDC, Southern District of California at El Centro for further proceedings as directed by that court. Dates applicable under Rule 12 of the FRCP in this case are hereby vacated and, unless otherwise ordered by the USDC for the Southern District of California, defendants shall have to and including 45 days from the entry of this Order to answer, move against, or otherwise resond to the complaint. Original file, certified copy of the transfer order and docket sheet sent. (MD JS-6. Case Terminated.) (Attachments: # 1 CV-22 Transmittal Letter - Transfer Out) (jp) (Entered: 01/25/2008) |
| 01/25/2008 | | TRANSMITTAL of documents - mailed all original documents in case file, except original transfer order which is retained and a certified copy of the civil docket sheet to the USDC, Southern District of California at El Centro. (jp) (Entered: 01/25/2008) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 01/25/2008 15:40:57 | | |
| PACER Login: | us3877 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:07-cv-06834-AHM-JC |
| Billable Pages: | 2 | Cost: | 0.16 |

```
1   THOMAS P. O'BRIEN
    United States Attorney
2   LEON W. WEIDMAN
    Assistant United States Attorney
3   Chief, Civil Division
    JOHN E. LEE (CBN 128696)
4   Assistant United States Attorney
         Room 7516 Federal Building
5        300 North Los Angeles Street
         Los Angeles, California 90012
6        Telephone: (213) 894-3995
         Facsimile: (213) 894-5139
7        Email:  john.lee2@usdoj.gov

8   Attorneys for Defendants
    JANE ARELLANO, EDUARDO AGUIRRE,
9   and MICHAEL MUKASEY

10

11                  UNITED STATES DISTRICT COURT

12           FOR THE CENTRAL DISTRICT OF CALIFORNIA

13                      WESTERN DIVISION

14
    ARASH BEHZAD,                 )  CV 07-6834 AHM (JCx)
15                                )
              Plaintiff,          )  STIPULATION TRANSFERRING
16                                )  ACTION TO THE UNITED STATES
         v.                       )  DISTRICT COURT FOR THE
17                                )  SOUTHERN DISTRICT OF
    JANE ARELLANO, District       )  CALIFORNIA
18  Director, USCIS, Los Angeles  )
    District; EDUARDO AGUIRRE,    )
19  Director USCIS; MICHAEL       )
    MUKASEY¹, U.S. Attorney       )
20  General,                      )
                                  )
21            Defendants.         )
                                  )
22  _____)

23       WHEREAS, on October 22, 2007, plaintiff filed a Complaint

24  for Adjudication of Application for Naturalization pursuant to 8

25  U.S.C. § 1447(b);

26  _____

27       ¹Pursuant to Rule 25(d)(1) of the Federal Rules of Civil
    Procedure, Michael Mukasey is substituted as the Attorney General
28  in place of Alberto Gonzales.
```

1    WHEREAS plaintiff presently resides in the vicinity of
2   Poway, California, which is within the Southern District of
3   California; and
4    WHEREAS, for the convenience of the parties and so that
5   plaintiff's naturalization application may be reviewed by the
6   appropriate district office of the United States Citizenship and
7   Immigration Services, which office is the district in which
8   plaintiff resides, the parties desire that this action be
9   transferred to the United States District Court for the Southern
10  District of California for further proceedings;
11   IT IS HEREBY STIPULATED by the parties that the Court may
12  file and enter the proposed order lodged concurrently herewith,
13  transferring this action to the United States District Court for
14  the Southern District of California for further proceedings.
15  DATED:   January 23, 2008     LAW OFFICE OF THERESIA C. SANDHU

16

17                                   ____/S/_____
                                     THERESIA C. SANDHU, ESQ.
18
                                     Attorney for Plaintiff
19                                   ARASH BEHZAD
20  DATED:   January 23, 2008     THOMAS P. O'BRIEN
                                  United States Attorney
21                                LEON W. WEIDMAN
                                  Assistant United States Attorney
22                                Chief, Civil Division

23

24                                   ____/S/_____
                                     JOHN E. LEE
25                                   Assistant United States Attorney

26                                Attorneys for Defendants
                                  JANE ARELLANO, EDUARDO AGUIRRE, and
27                                MICHAEL MUKASEY

28

                                  2

FILED

1

2  **THERESIA C. SANDHU        Calif. State Bar No. 213499**
3  **LAW OFFICE OF THERESIA C. SANDHU**
   145 George Street
4  San Jose, CA  95110
   (408) 280-7890  Telephone
5  (408) 280-7887  Facsimile
6  myattorney2003@yahoo.com  Email

7  Attorney for Plaintiff
   Arash BEHZAD
8

2007 DEC -6  PM 3:09

CLERK U.S. DISTRICT COURT
CENTRAL DIST. G. CALIF.
LOS ANGELES

BY _____

9            **UNITED STATES DISTRICT COURT**
10         **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
11            **WESTERN DIVISION – LOS ANGELES**
12

13  ARASH BEHZAD,                    Case No.    **CV 07-6834 AHM (JCx)**
14
                   Plaintiff,        **CERTIFICATE OF SERVICE**
15  vs                               **BY  CERTIFIED MAIL (FRCP4(i)(A))**
16
    JANE ARELLANO, DISTRICT          **SUMMONS, COMPLAINT FOR**
17  DIRECTOR USCIS, LOS ANGELES      **ADJUDICATION OF APPICATION FOR**
    DISTRICT; EDUARDO AGUIRRE,       **NATURALIZATION 8 U.S.C. 1447(b),**
18  DIRECTOR USCIS; ALBERTO          **CERTIFICATION AND NOTICE OF**
    GONZALES, US ATTORNEY            **INTERESTED PARTIES and CIVIL**
19  GENERAL,                         **COVER SHEET**
20
                   Defendants.
21  DOCKETED ON CM                   Date: TBD
22                                   Time: TBD
    DEC 12 2007                      Department:
23                                     The Honorable A Howard Matz
                                       Magistrate Judge Jacqueline Chooljian
24  BY            007
    **CERTIFICATE OF SERVICE BY CERTIFIED MAIL (per FRCP 4(i)(a)(A))**
25
        I the undersigned, certify that I am and at all times during the service of process was, not
26
    less than 18 years of age. I am not related to the Plaintiff in this matter.  I am an employee of
27
    the Law Office of Theresia C. Sandhu, and my business address is 145 George Street, San
28
    Jose, CA, 95110.

Case CV07-6834 AHM (JCx)        Certificate of Service        Page 1 of 2

1         I further certify that the service of this **SUMMONS, COMPLAINT FOR**

2    **ADJUDICATION OF APPICATION FOR NATURALIZATION 8 U.S.C. 1447(b),**

3    **CERTIFICATION AND NOTICE OF INTERESTED PARTIES and CIVIL COVER**

4    **SHEET**  was made on December 4, 2007.

5         On December 4, 2007, I placed a copy of **SUMMONS, COMPLAINT FOR**

     **ADJUDICATION OF APPICATION FOR NATURALIZATION 8 U.S.C. 1447(b),**

6    **CERTIFICATION AND NOTICE OF INTERESTED PARTIES and CIVIL COVER**

7    **SHEET**  by depositing the same in the United States Mail, CERTIFIED first class mail postage

8    prepaid, at San Jose, California, addressed to Defendants,  listed below.

9        Civil Process Clerk            Certified mail receipt #7006 2150 0000 9533 8928
    Office of The United States Attorney

10       Room 4354, Federal Building
    300 North Los Angeles Street

11       Los Angeles, California 90012

12       Jane Arellano               Certified mail receipt #7006 2150 0000 9533 8942

13       District Director USCIS
    United States Citizenship and Immigration Service

14       300North Los Angeles Street
    Los Angeles, California 90012

15

16       Michael B. Mukasey        Certified mail receipt #7006 2150 0000 9533 8935
    Attorney General of the United States

17       US Department of Justice
    950 Pennsylvania Avenue N.W.

18       Washington DC  20530-0001

19

20        I declare under penalty of perjury under the laws of the United States of America that the

    foregoing is true and correct to the best of my knowledge.

21

22                       DATED:  December 4, 2007

23

24                           /s/

                        Daljeet S. Sandhu

25

26

27

28

**SEND**

FILED
CLERK, U.S. DISTRICT COURT

OCT 26 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ARASH BEHZAD,                                )    CASE NO.  CV 07-6834 AHM (JCx)
                                             )
                    Plaintiff,               )    INITIAL ORDER FOLLOWING
                                             )    FILING OF COMPLAINT ASSIGNED
        v.                                   )    TO JUDGE MATZ
                                             )
JANE ARELLANO, et al.,                       )
                                             )
                    Defendants.              )
                                             )
_____     )


        COUNSEL FOR PLAINTIFF SHALL SERVE THIS ORDER ON ALL

DEFENDANTS AND/OR THEIR COUNSEL ALONG WITH THE SUMMONS

AND COMPLAINT, OR IF THAT IS NOT PRACTICABLE AS SOON AS

POSSIBLE THEREAFTER.  IF THIS CASE WAS ASSIGNED TO THIS

COURT AFTER BEING REMOVED FROM STATE COURT, THE

DEFENDANT WHO REMOVED THE CASE SHALL SERVE THIS ORDER

ON ALL OTHER PARTIES.

        This case has been assigned to the calendar of Judge A. Howard Matz.

Judge Matz is intent on assuring that, as called for in Fed.R.Civ. P. 1, this case

will proceed so as "to secure [a] just, speedy and inexpensive determination . . ."

1    The parties are hereby informed of how they are expected to proceed.

2       **A.**    **THE COURT'S ORDERS**

3       Copies of Judge Matz's orders that may have specific application to this

4 case are available on the Central District of California website. See ¶ J. Those

5 orders include the following (this is not necessarily a complete list):

6           (1)    Order Setting Rule 26(f) Scheduling Conference

7           (2)    Scheduling and Case Management Order

8           (3)    Order re Protective Orders and Treatment of Confidential

9                 Information

10           (4)    Orders (separate) re Civil Jury Trials and Court Trials

11           (5)    Order re Settlement Conference

12       **B.**    **SERVICE OF PLEADINGS**

13       Although Fed.R.Civ.P. 4(m) does not require the summons and complaint

14 to be served for as much as 120 days, the Court expects that they will be served

15 much sooner than that, and will require plaintiff to show cause before then if it

16 appears that there is undue delay.

17       **C.**    **ASSIGNMENT TO A MAGISTRATE JUDGE**

18       Under 28 U.S.C. § 636, the parties may consent to have a Magistrate Judge

19 preside over all proceedings, including trial. The Magistrate Judges who accept

20 those designations are identified on the Central District's website, which also

21 contains the consent form. See ¶ J.

22       **D.**    **APPLICATIONS AND STIPULATIONS FOR EXTENSIONS**

23          **OF TIME**

24           **A.**    **Applications or Stipulations to Extend the Time to File any**

25                 **Required Document or to Continue any Pretrial or Trial**

26                 **Date.**

27       No stipulations extending scheduling requirements or modifying applicable

28 rules are effective until and unless the Court approves them. Both applications

1   and stipulations must set forth:

2       1.   the existing due date or hearing date;

3       2.   specific, concrete reasons supporting good cause for granting the

4   extension.  In this regard, a statement that an extension "will promote settlement"

5   is insufficient.  The requesting party or parties must indicate the status of ongoing

6   negotiations: have written proposals been exchanged? Is counsel in the process of

7   reviewing a draft settlement agreement?  Has a mediator been selected?

8       3.   whether there have been prior requests for extensions, and whether

9   these were granted or denied by the Court.

10      **E.    TRO'S AND INJUNCTIONS**

11      Parties seeking emergency or provisional relief shall comply with

12  F.R.Civ.P. 65 and Local Rule 65.  The Court will not rule on any application for

13  such relief for at least 24 hours after the party subject to the requested order has

14  been served; such party may file opposing or responding papers in the interim.

15  The parties shall lodge a courtesy copy, conformed to reflect that it has been filed,

16  of all papers relating to TROs and injunctions.  The courtesy copy shall be placed

17  in the drop box in the entrance way to chambers, to the left of Courtroom 14.  All

18  such papers shall be filed "loose" - - *i.e.,* not inside envelopes.

19      **F.    CASES REMOVED FROM STATE COURT**

20      All documents filed in state court, including documents appended to the

21  complaint, answers and motions, must be refiled in this Court as a supplement to

22  the Notice of Renewal, if not already included.  *See* 28 U.S.C. § 1447(a)(b).  If

23  the defendant has not yet answered or moved, the answer or responsive pleading

24  filed in this Court must comply with the Federal Rules of Civil Procedure and the

25  Local Rules of the Central District.  If before the case was removed a motion was

26  pending in state court, it must be re-noticed in accordance with Local Rule 7.

27  ///

28  ///

3

## G.    STATUS OF FICTITIOUSLY NAMED DEFENDANTS

This Court intends to adhere to the following procedures where a matter is removed to this Court on diversity grounds with fictitiously named defendants referred to in the complaint. (*See* 28 U.S.C. ¶¶ 1441(a) and 1447.)

1.    Plaintiff is normally expected to ascertain the identity of and serve any fictitiously named defendants within 120 days of the removal of the action to this Court.

2.    If plaintiff believes (by reason of the necessity for discovery or otherwise) that fictitiously named defendants cannot be fully identified within the 120-day period, an *ex parte* application requesting permission to extend that period to effectuate service may be filed with this Court. Such application shall state the reasons therefor, and may be granted upon a showing of good cause. The *ex parte* application shall be served upon all appearing parties, and shall state that appearing parties may comment within seven (7) days of the filing of the *ex parte* application.

3.    If plaintiff desires to substitute a named defendant for one of the fictitiously named parties, plaintiff first shall seek to obtain consent from counsel for the previously-identified defendants (and counsel for the fictitiously named party, if that party has separate counsel). If consent is withheld or denied, plaintiff may apply *ex parte* requesting such amendment, with notice to all appearing parties. Each party shall have seven calendar days to respond. The *ex parte* application and any response should comment not only on the substitution of the named party for a fictitiously named defendant, but on the question of whether the matter should thereafter be remanded to the Superior Court if diversity of citizenship is destroyed by the addition of the new substituted party. *See* U.S.C. § 1447(c)(d).

///

///

4

1    **H.    BANKRUPTCY APPEALS**

2    Counsel shall comply with the ORDER RE PROCEDURE TO BE

3    FOLLOWED IN APPEAL FROM BANKRUPTCY COURT issued at the time

4    the appeal is filed in the District Court. The matter is considered submitted upon

5    the filing of the appellant's reply brief. No oral argument is held unless otherwise

6    ordered by this Court.

7    **I.    MOTIONS UNDER FED.R.CIV.P. 12**

8    Many motions to dismiss or to strike could be avoided if the parties confer

9    in good faith (as they are required to do under L.R. 7-3), especially for perceived

10    defects in a complaint, answer or counterclaim which could be corrected by

11    amendment. *See Chang v. Chen*, 80 F.3d 1293, 1296 (9th Cir. 1996) (where a

12    motion to dismiss is granted, a district court should provide leave to amend unless

13    it is clear that the complaint could not be saved by *any* amendment). Moreover, a

14    party has the right to amend his complaint "once as a matter of course at any time

15    before a responsive pleading is served." Fed.R.Civ.P. 15(a). A 12(b)(6) motion

16    is not a responsive pleading and therefore plaintiff might have a right to amend.

17    *See Nolen v. Fitzharris*, 450 F.2d 958, 958-59 (9th Cir. 1971); *St. Michael's*

18    *Convalescent Hospital v. California*, 643 F.2d 1369, 1374 (9th Cir. 1981). And

19    even where a party has amended his Complaint once or a responsive pleading has

20    been served, the Federal Rules provide that leave to amend should be "freely

21    given when justice so requires." F.R.Civ.P. 15(a). The Ninth Circuit requires

22    that this policy favoring amendment be applied with "extreme liberality."

23    *Morongo Band of Mission Indians v. Rose*, 893 F.2d 1074, 1079 (9th Cir. 1990).

24    These principles require that counsel for the plaintiff should carefully

25    evaluate the defendant's contentions as to the deficiencies in the complaint and

26    that in many instances the moving party should agree to any amendment that

27    would cure a curable defect.

28    ///

1    In the unlikely event that motions under Fed.R.Civ.P. 12 challenging

2  pleadings are filed after the Rule 26(f) Scheduling Conference, the moving party

3  shall attach a copy of the challenged pleading to the Memorandum of Points and

4  Authorities in support of the motion.

5    The foregoing provisions apply as well to motions to dismiss a

6  counterclaim, answer or affirmative defense, which a plaintiff might contemplate

7  bringing.

8    **J.    COURTESY COPIES AND COMPUTER DISKS**

9    Courtesy copies should be provided to chambers when: (1) reply papers

10  are filed early – *e.g.*, on the Friday before the deadline set out in L.R. 7-10; or (2)

11  emergency circumstances make them essential – *e.g.*, for TROs, *ex parte*

12  applications or papers filed during trial or within two days of a scheduled hearing,

13  pre-trial conference or trial.  When the Court requires that a computer disk be

14  submitted (*e.g.*, with summary judgment papers or proposed jury instructions),

15  that disk should be left in a labeled envelope in the courtesy box.

16    Counsel should avoid leaving extra copies of voluminous documents with

17  chambers when they are not necessary to comply with this paragraph.

18    **K.    WEBSITE**

19    Copies of this Order and other orders of this Court are available on the

20  Central District of California's website, at "www.cacd.uscourts.gov," under

21  "Judge's Requirements."

22    The Court thanks counsel and the parties for their anticipated cooperation.

23

24  IT IS SO ORDERED.

25

26  Dated: October 25, 2007

27                                         A. HOWARD MATZ
                                           United States District Judge

28

FILED

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Theresia C. Sandhu, Esq.
Law Office of Theresia C. Sandhu
145 George Street
San Jose, CA 95110

408-280-7890 Telephone

2007 OCT 22 PM 3: 31

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____KS_____

ATTORNEYS FOR:  Arash Behzad

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ARASH BEHZAD | CASE NUMBER |
|---|---|
| Plaintiff(s), | CV07-06834 AHM (JCx) |
| v. | |
| JANE ARELLANO, DIST DIRECTOR USCIS, LOS ANGELES DIST; EDUARDO AGUIRRE, USCIS DIRECTOR; US ATTORNEY GENERAL | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:    THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for ____ARASH BEHZAD_____
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

PARTY                                              CONNECTION
(List the names of all such parties and identify their connection and interest.)

-NONE-

10/15/07                                    Theresia C. Sandhu
Date                                             Sign

Theresia C. Sandhu, Esq.      DOCKETED ON CM
Attorney of record for or party appearing in pro per

OCT 30 2007

NOTICE OF INTERESTED PARTIES

BY_____067

CV-30 (12/03)

**THERESIA C. SANDHU**          State Bar No. 213499
**LAW OFFICE OF THERESIA C. SANDHU**
145 George Street
San Jose, CA 95110
(408) 280-7890 Telephone
(408) 280-7887 Facsimile
myattorney2003@yahoo.com  Email

Attorney for Plaintiff
ARASH BEHZAD

**FILED**

2007 OCT 22  PH 3: 31

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF
LOS ANGELES

K3

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| ARASH BEHZAD,  Plaintiff,<br><br>vs<br><br>JANE ARELLANO, DISTRICT DIRECTOR USCIS, LOS ANGELES DISTRICT; EDUARDO AGUIRRE, DIRECTOR USCIS; ALBERTO GONZALES, US ATTORNEY GENERAL,  Defendants. | Case No **CV07-06834 AHM (JCx)**<br><br>**COMPLAINT FOR**<br>**ADJUDICATION OF APPLICATION**<br>**FOR NATURALIZATION**<br>8 U.S.C. 1447(b) |

COMES NOW, Plaintiff Arash Behzad and through his counsel, Theresia C. Sandhu, submits this

Complaint as follows:

<u>**PARTIES**</u>

1.      Plaintiff Arash Behzad, Alien Number 046 770 788, is an alien and, as such, is not a

citizen of any state of the United States. He is a resident of the County of Los Angeles, State of

California. Mr. Behzad is an applicant for naturalization based on an INS Form N-400 application

that he filed with the Defendants on August 13, 2004.

2.      Mr. Behzad was interviewed by a USCIS officer on or about April 4, 2005 pursuant

to 8 U.S.C. 1446(b), and 8 C.F.R. 335.2. It has been more than 120 days since his examination and

DOCKETED ON CM

OCT 30 2007

BY _____ 067

IAS
60

LAW OFFICE OF
THERESIA C.
SANDHU
145 George Street
San Jose, CA 95110
408-280-7890 Tel
408-280-7887 Fax

**BEHZAD v Arellano et al**
**Case No CV 06-6287 CAS**

**COMPLAINT FOR**
**ADJUDICATION OF APPLICATION**
**FOR NATURALIZATION**

Page 1 of 4

PAGE 01/01          LAW OFFICE TC SANDHU          4082807887          02:56  10/22/2007

1    as of this date, no decision has been made on his application for naturalization.

2                                        **DEFENDANTS**

3        3.        Defendant Jane Arellano, District Director of the United States Citizenship and

4    Immigration Service ("USCIS"), Los Angeles, is the officer designated by statue to recommend the

5    grant of or denial of any application or petition submitted to the United States Citizenship and

6    Immigration Service, Los Angeles District Office, relating to the N-400 application submitted by the

7    Plaintiff, 8.C.F.R. 103.1(g)(2)(ii)(B). The principal office of the Los Angeles district is 300 North

8    Los Angeles Street, Los Angeles, California 90012.

9        4.        Defendant UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES

10   ("USCIS") formerly the IMMIGRATION AND NATURALIZATION SERVICE ("INS")[1], is a

11   Federal Agency within the United States Department of Homeland Security (DHS) which is required

12   under law (8 U.S.C. §1103) to supervise , implement and enforce the Immigration and Nationality

13   Act ("INA"), 8 U.S.C. §1101, et seq.

14                                **JURISDICTION AND VENUE**

15       5.        This is an action pursuant to 8 U.S.C. 1447(b) and 8 C.F.R. 310.5(a), requesting the

16   Court to determine Mr. Behzad's application for naturalization due to the inaction of the defendants.

17   Alternatively it is an action in Mandamus and Injunctive Relief in accordance with the provisions of

18   Title 28, United States Code sections 2201 and 2202, and is brought for the purpose of determining a

19   question of actual controversy between the parties as more fully explained in the remainder of the

20   Complaint.

21       6.        Jurisdiction of this action is based on Title 28 United States Code, Sections 1131(a)

22   and 2201, and 8 United States Code Section 1448(b). The Plaintiff alleges eligibility for payment of

_____

[1] On March 1, 2003, the service and benefit functions of the United States Immigration and Naturalization Service (INS) transitioned into the Department of Homeland Security (DHS) as the United State citizenship and Immigration Services (USCIS).

LAW OFFICE OF
THERESIA C.
SANDHU
145 George Street
San Jose, CA 95110
408-280-7890 Tel
408-280-7887 Fax

**BEHZAD v Arellano et al**
**Case No  TBD**

**COMPLAINT FOR**
**ADJUDICATION OF APPLICATION**
**FOR NATURALIZATION**

Page 2 of 4

1    reasonable attorney's fees under the terms of the <u>Equal Access to Justice Act</u>, Title 28, United States

2    Code, Section 2412.

3        7.    Venue lies in this Court pursuant to the provisions of Title 28, United States Case,

4
     Section 1391(e), as Plaintiff resided in Los Angeles County at the time of the events herein
5
     described.
6

7                                **CLAIM FOR RELIEF**

8        8.    The Plaintiff files his application for naturalization, as previously described, with the

9    defendants on or about August 13, 2004. Pursuant to 8 CFR 335.2(a) he was examined on his

10   application on or about April 4, 2005. Through negligence, poor management and inattention, the

11   Defendants have failed to determine the Plaintiff's application for naturalization within the 120 day

12   time period as required by 8 C.F.R. 335.3(a).
13
         9.    The plaintiff meets all of the statutory requirements for naturalization set forth in 8
14
15   U.S.C. §§1421 through 1450. There is no reasonable basis for the defendants' position and it is not

16   substantially justified under the law.

17       10.    The Defendants have not taken action to complete the adjudication of said application

18   in this action.

19       11.    The Defendants have adjudicated applications and petitions filed by persons who are
20
     not parties to this action and which were examined subsequent to the examination of the Plaintiff.
21
22       12.    The Defendant does not employ any reasonable system to safeguard that: (1) Files are

23   centrally monitored to guarantee that they are being closed out on a rational, efficient and non-

24   preferential basis; or (2) applicants and petitioners are provided with information on the status of

25   files that have not been adjudicated on a timely basis.
26
         13.    The Plaintiff has been denied due process of law under the terms of the Fifth
27
     Amendment to the Untied States Constitution by the Defendants' neglect and refusal to take action
28

LAW OFFICE OF
THERESIA C.
SANDHU
145 George Street
San Jose, CA 95110
408-280-7890 Tel
408-280-7887 Fax

**BEHZAD v Arellano et al**          **COMPLAINT FOR**                    Page 3 of 4
**Case No  TBD**              **ADJUDICATION OF APPLICATION**
                                  **FOR NATURALIZATION**

1   to adjudicate his application.

2        14.    The plaintiff has suffered and continues to suffer irreparable harm as a result of the

3   Defendant's refusal to take action. This harm includes: an unreasonable delay in establishing

4   eligibility for United States Citizenship, inability to travel, separation form his family, inability to

5   establish residency for tuition purposes, inability to obtain home or educational loans and generally,

6
7   continuing mental distress resulting from this unsettled legal condition.

8        15.    The defendants have in their possession al information necessary to complete the

9   adjudication of the Plaintiff's application. The Defendants' refusal to complete this administrative

10  processing is a disregard of their official duty, 8 C.F.R. 335.3(a) and the Plaintiff is wholly without

11  remedy, under the circumstances, unless the Court assumes jurisdiction and determines the matter.

12
13                              **PRAYER FOR RELIEF**

14       WHEREFORE, the Plaintiff prays:

15       1.    The Court should assume jurisdiction over the N-400 application pursuant to 8 U.S.C.

16  1447(b) and determine the petitioner's eligibility for naturalization.

17       2.    That the Defendants be ordered to pay the costs of suit herein.

18       3.    That the Defendants be ordered to pay the Plaintiff's reasonable attorney's fees for

19  this action pursuant to the Equal access to justice act, Title 28 United states Code Section 2412 et

20  seq., 2412 (a)(1)(A).

21       4.    That the Court grant such other and further relief as it may deem to be necessary and

22
23  proper.

24       Dated: October 15, 2007        LAW OFFICE OF THERESIA C. SANDHU

25                                  By:    _Theresia C. Sandhu_

26                                        **THERESIA C. SANDHU**
                                          Attorney for Plaintiff
27                                        **ARASH BEHZAD**

28

LAW OFFICE OF
THERESIA C.
SANDHU
145 George Street
San Jose, CA  95110
408-280-7890 Tel
408-280-7887 Fax

BEHZAD v Arellano et al          COMPLAINT FOR              Page 4 of 4
Case No  TBD               ADJUDICATION OF APPLICATION
                              FOR NATURALIZATION

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Arash BEHZAD<br><br>PLAINTIFF(S)<br><br>v.<br><br>JANE ARELLANO, DISTRICT DIRECTOR USCIS, LOS ANGELES DISTRICT; EDUARDO AGUIRRE, DIRECTOR USCIS; ALBERTO GONZALES, US ATTORNEY GENERAL<br>DEFENDANT(S). | CASE NUMBER<br><br>CV07-06834AHM (JCx)<br><br><br><br>SUMMONS |

TO:     THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney
Theresia C. Sandhu_____, whose address is:

FOR OFFICE USE ONLY

Law Office of Theresia C. Sandhu
145 George Street
San Jose, CALIF 95110

an answer to the ☒ complaint ☐_____amended complaint ☐ counterclaim ☐ cross-claim
which is herewith served upon you within _60_ days after service of this Summons upon you, exclusive
of the day of service. If you fail to do so, judgement by default will be taken against you for the relief
demanded in the complaint.

FOR OFFICE USE ONLY

Clerk, U.S. District Court

Dated:     OCT 2 2 2007                    By: _____KENDRA BRADSHAW_____
                                                    Deputy Clerk

                                              (Seal of the Court)

                                         DOCKETED ON CM

                                         OCT 3 0 2007

                                         BY _____ 067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge A. Howard Matz and the assigned discovery Magistrate Judge is Jacqueline Chooljian.

The case number on all documents filed with the Court should read as follows:

## CV07- 6834 AHM (JCx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

======================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

Arash BEHZAD

**DEFENDANTS**
JANE ARELLANO, DISTRICT DIRECTOR USCIS, LOS ANGELES DISTRICT; EDUARDO AGUIRRE, DIRECTOR USCIS; ALBERTO GONZALES, US ATTORNEY GENERAL

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases): Los Angeles

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only): Los Angeles

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Theresia C. Sandhu
Law Office of Theresia C. Sandhu
145 George Street
San Jose, CA 95110      Phone: 408-280-7890

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☑ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No     ☑ **MONEY DEMANDED IN COMPLAINT:** $ Attorney Fees & Costs

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities /Exchange
☐ 875 Customer Challenge 12 USC 3410
☑ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise
**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**
**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**TORTS**
**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability
**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157
**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/ Other
☐ 550 Civil Rights
☐ 555 Prison Condition
**FORFEITURE / PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act
**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark
**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))
**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☑ No ☐ Yes

If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number:

CV-71 (07/05)                **CIVIL COVER SHEET**                Page 1 of 2

CV07-06834

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☑No ☐ Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.

   Los Angeles County

List the California County, or State if other than California, in which **EACH** named defendant resides. (Use an additional sheet if necessary).
☑ Check here if the U.S. government, its agencies or employees is a named defendant.

   United States Citizenship and Immigration Services - Los Angeles District Office - Los Angeles County

**List the California County,** or State if other than California, in which **EACH** claim arose. (Use an additional sheet if necessary)
**Note:** In land condemnation cases, use the location of the tract of land involved.

   Los Angeles County

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _Theresia C. Sandhu_    Date _10/15/07_

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

CV-71 (07/05)          **CIVIL COVER SHEET**          Page 2 of 2

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**FILED**

FEB 0 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| **Arash Behzad** | **Jane Arellano, District Director, USCIS, Los Angeles District** |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED  Los Angeles<br>PLAINTIFF<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Los Angeles<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Theresia C Sandhu<br>Theresia C Sandhu Law Offices<br>145 George Street<br>San Jose, CA 95110<br>408-280-7890 | **'08 CV 0222 IEG AJB** |

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX
(For Diversity Cases Only)                 FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

### 8 U.S.C. 1447(B)

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | | ☒ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 555 Prisoner Conditions | | | |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

☐ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☒ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 | DEMAND $ | Check YES only if demanded in complaint:<br>JURY DEMAND: ☐ YES ☐ NO |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY (See Instructions): | JUDGE | Docket Number |
|---|---|---|

DATE

(R 2/4/08