UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARASH BEHZAD, [A046 770 788]<br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>PAUL M. PIERRE, District Director, U.S. Citizenship and Immigration Services, et al.,<br>　　　　　　Defendants. | No. 08cv0222 IEG (AJB)<br><br>ANSWER TO COMPLAINT |

STATE OF CALIFORNIA   )
                     ) ss.
COUNTY OF SAN DIEGO  )

IT IS HEREBY CERTIFIED that:

I, Samuel W. Bettwy, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, San Diego, California; I am not a party to the above-entitled action.

On **March 10, 2008,** I am causing service of the following (accompanying) document:

**ANSWER TO COMPLAINT**

on Plaintiff, through his attorney of record, **Theresia C. Sandhu**, by electronically filing the foregoing document with the Clerk of the District Court using its Electronic Court Filing ("ECF") System, with this accompanying Certificate, which filing and System results in electronic notification to said attorney of said filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this **Tenth Day of March 2008**.

　　　　　　　　　　　　　　　　　　　　　s/ *Samuel W. Bettwy*
　　　　　　　　　　　　　　　　　　　　　SAMUEL W. BETTWY