cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARASH BEHZAD,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>JANE ARELLANO, DISTRICT DIRECTOR USCIS, LOS ANGELES DISTRICT; EDUARDO AGUIRRE, DIRECTOR USCIS; MICHAEL MUKASEY, US ATTORNEY GENERAL,<br><br>　　　　　　　Defendants. | Civil No.08cv0222 IEG (AJB)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE |

On April 25, 2008, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing were Theresia C. Sandhu, Esq. and Arash Behzad on behalf of plaintiff; Caroline Clark, Esq. on behalf of defendants.

Defense counsel reports that the FBI will have the name check done on plaintiff by the end of May. This would result in the potential for a joint motion for remand for determination within 60 days. If that occurs, then the case would terminate in this Court.

To monitor the progress of the FBI, and the potential for the joint motion for remand, the Court sets a telephonic Case Management Conference for ***June 6, 2008 at 10:00 p.m.*** Counsel will coordinate on placing the call to include the Court on that date.

IT IS SO ORDERED.

DATED: April 30, 2008

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　　United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28