cal_____

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARASH BEHZAD,<br><br>    Plaintiff,<br>v.<br><br>JANE ARELLANO, DISTRICT DIRECTOR USCIS, LOS ANGELES DISTRICT; EDUARDO AGUIRRE, DIRECTOR USCIS; MICHAEL MUKASEY, US ATTORNEY GENERAL,<br><br>    Defendants. | Civil No.08cv0222 IEG (AJB)<br><br>ORDER FOLLOWING CASE MANAGEMENT CONFERENCE |

On June 9, 2008, the Court convened a Case Management Conference in the above entitled action.  Appearing were Theresia Sandhu, Esq. on behalf of plaintiff; Sam Bettwy, Esq. and Charlie Cooper, intern, on behalf of defendant.

The defendant reports that the FBI has completed the name check and upon confirmation that the Customs and Immigration Service has received a report, things should move quickly to resolve the issues in dispute.

The parties discussed a dismissal of the action with retained jurisdiction for a brief period to make sure the rest of the matter goes smoothly.

///

///

///

1      The Court sets a telephonic Settlement Status Conference for Thursday, ***June 12, 2008 at 3:30***
2 ***p.m.*** Plaintiff's counsel will initiate the call unless the joint motion for dismissal has been forwarded to
3 the Court for entry and Judge Battaglia's chambers so notified.

5 IT IS SO ORDERED.

9 DATED: June 11, 2008

                                                    Hon. Anthony J. Battaglia
                                                  U.S. Magistrate Judge
                                                  United States District Court