cal_____

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARASH BEHZAD,<br><br>　　　　　　Plaintiff,<br>v.<br><br>JANE ARELLANO, DISTRICT DIRECTOR USCIS, LOS ANGELES DISTRICT;<br>EDUARDO AGUIRRE, DIRECTOR USCIS;<br>MICHAEL MUKASEY, US ATTORNEY GENERAL,<br><br>　　　　　　Defendants. | Civil No.08cv0222 IEG (AJB)<br><br>ORDER FOLLOWING SETTLEMENT STATUS CONFERENCE |

On June 12, 2008, the Court convened a Settlement Status Conference in the above entitled action. Appearing were Theresia Sandhu, Esq. on behalf of plaintiff; Sam Bettwy, Esq. and Charlie Cooper, law clerk on behalf of defendant.

Customs and Information Service headquarters have not received the report on the name check performed by the FBI. This slows the process of our ending the case with a dismissal.

To monitor this progress, and to better understand any delay at this point with the CIS headquarters, the Court sets a telephonic Case Management Conference for *July 16, 2008 at 2:00 p.m.* Defense

///
///
///
///

1 counsel will initiate the call.  Defendants are ordered to appear through counsel and the person most
2 knowledgeable with the Customs and Immigration Service headquarters on this issue.
3     Following the conference, further dates and deadlines will be set as appropriate.
4     IT IS SO ORDERED.

6 DATED: June 12, 2008

                                  Hon. Anthony J. Battaglia
                                  U.S. Magistrate Judge
                                  United States District Court