UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARASH BEHZAD, [A046 770 788]<br>          Plaintiff,<br><br>v.<br><br>PAUL M. PIERRE, District Director, San Diego District, U.S. Citizenship and Immigration Services, et al.,<br>          Defendants. | No. 08cv0222 IEG (AJB)<br><br>JOINT MOTION TO REMAND |

Whereas the undersigned attorney for the San Diego Office of Citizenship and Immigration Services ("CIS") has informed Plaintiff that the FBI has completed its name check and that CIS is therefore now prepared to complete its investigation and adjudication of his naturalization application, this case may be remanded to U.S. Citizenship and Immigration Services for adjudication. Defendants do not object to Plaintiff's being granted sixty days' leave to reinstate this case in the event of CIS's failure to adjudicate the naturalization application.

DATED: June 16, 2008         s/ *Theresia C. Sandhu*

_____
THERESIA C. SANDHU
Attorney for Plaintiff

Pursuant to Section 2(f)(4), Electronic Case Filing Administrative Policies and Procedures of the U.S. District Court for the Southern District of California, I certify that opposing counsel has signed the original of this document, and that I have a faxed copy of said signed original document on file.

DATED: June 16, 2008         KAREN P. HEWITT
                                             United States Attorney

                                             s/ *Samuel W. Bettwy*

_____
SAMUEL W. BETTWY
Assistant U.S. Attorney
samuel.bettwy@usdoj.gov

Attorneys for Defendants