cal_____

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARASH BEHZAD,<br><br>　　　　　　Plaintiff,<br>v.<br><br>JANE ARELLANO, DISTRICT DIRECTOR USCIS, LOS ANGELES DISTRICT;<br>EDUARDO AGUIRRE, DIRECTOR USCIS;<br>MICHAEL MUKASEY, US ATTORNEY GENERAL,<br><br>　　　　　　Defendants. | Civil No.08cv0222 IEG (AJB)<br><br>ORDER FOLLOWING SETTLEMENT STATUS CONFERENCE |

On June 16, 2008, the Court convened a Settlement Status Conference in the above entitled action. Appearing were Theresia Sandhu, Esq. on behalf of plaintiff and Sam Bettwy, Esq. on behalf of defendant.

The conference was set to follow up on the action between the CIS and FBI on the name check. Defense counsel reports that the matter has been cleared up, and there is approval by the parties to remand the case to CIS for adjudication. The joint motion in that regard will be submitted to Judge Gonzalez and remand will follow entry of the order. The Court therefore, vacates the July 16, 2008

//
//
//
//

1 | Settlement Status conference before Judge Battaglia.

2 |     IT IS SO ORDERED.

3

4 | DATED: June 16, 2008

5

6 | Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court