UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARASH BEHZAD, [A046 770 788] Plaintiff, v. PAUL M. PIERRE, District Director, San Diego District, U.S. Citizenship and Immigration Services, et al., Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | No. 08cv0222 IEG (AJB) ORDER |

The provisions set forth in the Joint Motion to Remand filed by the parties in this case are approved and so ordered. This case is hereby remanded to U.S. Citizenship and Immigration Services for adjudication of the naturalization application without unreasonable delay. Plaintiff has leave to reinstate this case within sixty days of this Order in the event that Defendants fail to adjudicate his naturalization application within thirty days of this Order.

**It is so ordered.**

DATED: June 18, 2008

*Irma E. Gonzalez*
IRMA E. GONZALEZ, Chief Judge
United States District Court